JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE TECHNAE PTE. LTD., a Singaporean corporation,<br><br>Plaintiff,<br><br>v.<br><br>TROY GROUP, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 8:19-CV-02153-JVS-JDE<br><br>Hon. Judge James V. Selna<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| TROY GROUP, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CORE TECHNAE PTE LTD., a Singaporean corporation,<br><br>Counterdefendant. | |

ORDER

1

Active\119525369.v1-2/11/21

1. Having considered Defendant Troy Group's Inc. Stipulation to Dismiss Case, the Court hereby ORDERS as follows: The Stipulation is hereby GRANTED and the Complaint is DISMISSED with prejudice.

IT IS HEREBY ORDERED.

Dated: February 12, 2021

HONORABLE JUDGE JAMES V. SELNA
United States District Judge